# TIFFANY & BOSCO
## P.A.

CHAD L. BUTLER, ESQ (SBN 270888)
clb@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503
Attorneys for Creditor: Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes

# UNITED STATES BANKRUPTCY COURT

## Northern District of California - Oakland Division

| | |
|---|---|
| In Re:<br><br>Heather Ann Roden,<br><br>    Debtor | No. 23-41423-CN<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004 |

TO: THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Tiffany & Bosco, P.A. has been retained by Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes ("Creditor") in the above-referenced bankruptcy case. Creditor and Tiffany & Bosco, P.A. hereby request special notice of all matters relating to the property address located at 26306 Adrian Avenue, Hayward, CA 94545 that must be noticed to creditors, the committee, or other parties in interest at the following addresses:

| **Select Portfolio Servicing, Inc.**<br>**PO Box 65250**<br>**Salt Lake City, Utah 84165-0250** | Tiffany & Bosco, P.A.<br>1455 Frazee Road, Suite 820<br>San Diego, CA 92108 |
|---|---|

    Any appearances or filings of other documentation the instant case shall not constitute a waiver of Fed.R.Bankr. Rule 7004. The above parties must be served directly and Creditor does not authorize Tiffany & Bosco, P.A. to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

DATED: November 16, 2023                                      TIFFANY & BOSCO, P.A.
                                                                                 BY /s/ Chad L Butler, Esq.
                                                                                   Chad L Butler, Esq.    (SBN 270888)
                                                                                   Attorney for Creditor
                                                                                   TB File #23-81312