Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Heather Ann Roden

Chapter 13 Case Number:
23-41423-CN 13

Debtors(s)

## NOTICE OF HEARING DATE, TIME AND LOCATION ON FAILURE TO SUBMIT FEDERAL INCOME TAX RETURN

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Hearing will be held on January 23, 2024 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California. All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov **on Judge Novack's procedure page under Practice and Procedure for in-person hearings.**

For Failure to Submit Federal Income Tax Return

Date: December 18, 2023

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re<br><br>    Heather Ann Roden<br><br><br>               Debtors(s) | Chapter 13 Case Number:<br>23-41423-CN 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


December 18, 2023                           /s/Olga Gonzalez
                                        Olga Gonzalez


| | |
|---|---|
| Select Portfolio Servicing Inc<br>Po Box 65450  Remittance Processing<br>Salt Lake City, UT  84165<br>(Creditor) | Specialized Loan Servicing Llc<br>6200 S Quebec St #300<br>Greenwood Village, CO  80111<br>(Creditor) |
| Indymac Bank<br>Po Box 78826<br>Phoenix, AZ  850628826<br>(Creditor) | Heather Ann Roden<br>16116 Paseo Largavista<br>San Lorenzo, CA  94580<br>(Creditor) |
| Select Portfolio Servicing<br>Po Box 65250<br>Salt Lake City, UT  84165<br>(Creditor) | Deutsche Bank National Trust Company<br>14841 Dallas Parkway, Suite 350<br>Dallas, TX  75254<br>(Creditor) |
| Bonial And Associates Pc<br>Po Box 9013<br>Addison, TX  75001<br>(Creditor) | Deutsche Bank National Trust Company, As Ind<br><br>Deutsche Bank National Trust Company, 00000<br>(Creditor) |
| Select Portfolio Servicing, Inc.<br>Po Box 65250<br>Salt Lake City, UT  841650250<br>(Creditor) | Deutsche Bank National Trust Co. Trustee (Se<br>C/O Specialized Loan Servicing Llc<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111 |
| Tiffany And Bosco Pa<br>1455 Frazee Rd #820<br>San Diego, CA  92108<br>(Creditor) | Greenwood Village,   80111<br>(Creditor) |

| 1 | Deutsche Bank National Trust Company, As Ind |
| 2 | Po Box 65250 |
| | Salt Lake City, Utah 84165-0250 |
| 3 | Salt Lake City,   00000 |
| | (Creditor) |
| 4 | |
| 5 | The Mortgage Law Firm, Plc |
| | 27368 Via Industria, Suite 201 |
| 6 | Temecula, CA  92590 |
| | (Creditor) |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |